Attachment 1 - Civil Complaint

FILED
JAN 06 2020
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
__WACO__ DIVISION

Julius C. Lowe
(Enter your full name)
       Plaintiff(s)

CASE NUMBER: W20CA008
(Supplied by Clerk's Office)

VA Medical Center
(Enter full name of each Defendant)
       Defendant(s)

## COMPLAINT

First Paragraph (Name and Address of Plaintiff)
Julius C. Lowe 405 Keller Rd Temple TX 76504

Second Paragraph (Name and Address(es) of Defendant(s))
Olin E. Teague Veteran's Center
1901 Veteran Memorial Dr Temple TX 76504

Third Paragraph (Jurisdiction Plea)

Fourth Paragraph (Allegation 1)

Fifth Paragraph (Allegation 2) ...

The final paragraph should contain a statement of the relief you are seeking. This paragraph should not be numbered.

Julius C Lowe
Signature
Name (Typed or Printed)
Address  405 Keller Rd Temple Tex 76504
Telephone Number
(254) 541-0540

27

Rev. Ed. October 26, 2017

TO WHOM IT CONCERNS:

I'M A 66 year OLD MALE THAT HAS BEEN DIAGNOISED WITH THE SHINGLES VIRUS ON DEC 8TH 2017 BY THE EMERGENCY DEPARTMENT DOCTOR AT THE VA HOSPITAL IN TEMPLE TEXAS. AT THE TIME OF THE DIAGNOSIS I WAS GIVEN ONE TABLET FOR ANTIBIOTICS, AND TWO TABLETS OF VALTREX FOR THE VIRUS, THEN I WAS RELEASED AND TOLD TO FOLLOW UP WITH MY PRIMARY CARE PHYSICIAN IN 4 TO 6 WEEK FOR FOLLOW UP AT THAT TIME THE SHINGLES HAD SCABBED OVER, BUT I WAS STILL IN A LOT OF PAIN AROUND MY RIB AND STOMACH AREA WHERE THE SCABS HAD HEALED OVER. THE DOCTOR SAID IT WAS CALLED POSTHERPETIC NEURALGIA THAT WAS CAUSING ALL THE PAIN. IF I HAD BEEN GIVEN THE VALACYCLOVIR MEDICATION UPON DIAGNOSIS I DON'T THINK I WOULD STILL BE HAVING ALL THIS PAIN TO THIS DAY. HAVE ALREADY HAD TWO NERVE BLOCKS AND ONE NERVE BURN, BUT NO HELP.

TO THIS DAY I AM STILL IN A LOT OF PAIN. I HAVEN'T BEEN ABLE TO HARDLEY EAT OR SLEEP SINCE HAVING THE VIRUS I'VE ALREADY LOST 32lbs AND UNABLE TO WORK DUE TO THE PAIN. I DON'T KNOW WHY I'M HAVING THIS PAIN SO LONG AND MY DOCTORS CAN'T TELL ME EITHER. JUST LOOKING FOR SOME TYPE OF COMPENSATION FOR NOT BEING ABLE TO WORK.

THANK You!

P.S. I WAS SUPPOSED TO GET VALACYCLOVIR HCL 1GM TABS ON DEC 8, 2017 BUT NEVER GOT UNTIL JULY 2/19 HOW THAT HAPPENED I DON'T KNOW

Julius C. Lowe
405 Keller Rd
Temple, Texas 76504

U.S. District Clerk's Office
800 Franklin Ave Rm 380
Waco Texas 76701

